# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br>BARBARA KIM DANG,<br><br>Debtor. | Case No.: 10-14152 |
| BARBARA KIM DANG,<br>Plaintiff,<br>v.<br><br>QUICKEN LOANS, *et al.,*<br><br>Defendants. | Adversary Case No.: 10-00215 |

### DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Bankruptcy Rule 7007(1)(a) and United States Bankruptcy for the District of Maryland Local Rule 7003-2, defendant Deutsche Bank National Trust Company ("Deutsche") hereby states that no corporations indirectly or directly own 10% or more of Deutsche's equity interests.

Dated:  June 23, 2010

/s/ Catherine K. Hopkin
John B. Isbister, Bar No. 00639
Catherine K. Hopkin, Bar No. 28257
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Telephone (410) 752-9768
chopkin@tydingslaw.com

#1308323v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2010, true and correct copies of the foregoing document were sent to the following either electronically or via first class mail, postage prepaid:

| | |
|---|---|
| Barbara K. Dang<br>345 Folcroft St.<br>Baltimore, MD 21224 | Joseph F. Yenouskas<br>Goodwin Procter LLP<br>901 New York Ave., N.W.<br>Washington, DC 20001 |
| INDX 2006-AR 27<br>c/o Deutsche Bank National Trust Co.<br>1761 E. St. Andrew's Place<br>Santa Ana, CA 92705 | Ellen W. Cosby<br>300 Joppa Road, Suite 409<br>Towson, MD 21286 |
| Carrie M. Ward<br>Howard N. Bierman<br>Jacob Geesing<br>4520 East West Highway<br>Bethesda, MD 20814 | Beirman, Geesing, Ward and Wood LLC<br>4520 East West Highway<br>Bethesda, MD 20814 |

/s/ Catherine K. Hopkin
Catherine K. Hopkin

#1308323v.1